1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10 ROBERT BENYAMINI,

11           Plaintiff,                 No. 2:12-cv-1578 CKD P

12     vs.

13 WOLFE, et al.,

14           Defendants.         <u>ORDER</u>

15 _____/

16         Plaintiff, a former state prisoner proceeding pro se, has filed this civil rights action

17 seeking relief under 42 U.S.C. § 1983.  Twice since the inception of this action on June 12, 2012,

18 service mail from the court has been returned as undeliverable.  A docket entry for July 5, 2012

19 indicates that plaintiff has been paroled.

20         On July 2, 2012, plaintiff filed a letter with the court in which he states that he has

21 been paroled and asks the court to "please stay all cases immediately."  (Dkt. No. 5.)  Plaintiff is

22 advised that there is no mechanism for "staying" a section 1983 action, as compared to the "stay

23 and abeyance option" available in habeas corpus actions.  <u>See</u> <u>Kilgore v. Mandeville</u>, 2011 WL

24 4048406 at *2  (E.D. Cal. 2011) (same), citing <u>Rhines v. Weber</u>, 544 U.S. 269 (2005).  Thus, the

25 court will deny plaintiff's request to stay this case.

26

1    Plaintiff is further advised that is his responsibility to keep the court apprised of

2    his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record

3    address of the party is fully effective.

4    Accordingly, IT IS HEREBY ORDERED that plaintiff's July 2, 2012 motion to

5    stay (Dkt. No. 5) is denied.

6    Dated: July 16, 2012

7

8    CAROLYN K. DELANEY
     UNITED STATES MAGISTRATE JUDGE

9

10
     2
11   beny1578.stay

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                            2