IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BENYAMINI,

    Plaintiff,                   No. 2:12-cv-1578 CKD P

   vs.

WOLFE, et al.,

    Defendants.             ORDER

_____/

        Plaintiff, a former state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. Twice since the inception of this action on June 12, 2012, service mail from the court has been returned as undeliverable. A docket entry for July 5, 2012 indicates that plaintiff has been paroled.

        On July 2, 2012, plaintiff filed a letter with the court in which he states that he has been paroled and asks the court to "please stay all cases immediately." (Dkt. No. 5.) Plaintiff is advised that there is no mechanism for "staying" a section 1983 action, as compared to the "stay and abeyance option" available in habeas corpus actions. See Kilgore v. Mandeville, 2011 WL 4048406 at *2 (E.D. Cal. 2011) (same), citing Rhines v. Weber, 544 U.S. 269 (2005). Thus, the court will deny plaintiff's request to stay this case.

1

1	Plaintiff is further advised that is his responsibility to keep the court apprised of
2	his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record
3	address of the party is fully effective.
4	Accordingly, IT IS HEREBY ORDERED that plaintiff's July 2, 2012 motion to
5	stay (Dkt. No. 5) is denied.

Dated: July 16, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
beny1578.stay