IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BENYAMINI,

      Plaintiff,                      No. 2:12-cv-1578 WBS CKD P

    vs.

WOLFE, et al.,

      Defendants.            ORDER

_____/

        On July 25, 2012, plaintiff filed a motion for reconsideration of the magistrate judge's order filed July 17, 2012, denying plaintiff's motion to stay. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed July 17, 2012, is affirmed.

DATED: August 3, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/beny1578.850