IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BENYAMINI,

        Plaintiff,                    No. 2:12-cv-1578 WBS CKD P

    vs.

WOLFE, et al.,

        Defendants.             FINDINGS & RECOMMENDATIONS

_____/

        By an order filed June 18, 2012, plaintiff was ordered to file an in forma pauperis affidavit or pay the appropriate filing fee within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. (Dkt. No. 3.) Plaintiff responded by filing a motion to stay this action, which was denied on July 17, 2012. (Dkt. No. 7; see also Dkt. No. 10.) To date, plaintiff has not filed an in forma pauperis affidavit or paid the appropriate filing fee. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1

1   "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
2   shall be served and filed within fourteen days after service of the objections.  The parties are
3   advised that failure to file objections within the specified time may waive the right to appeal the
4   District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: August 17, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
beny1578.fifp