UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI,<br><br>  Plaintiff,<br><br>  v.<br><br>WOLFE, et al.,<br><br>  Defendants. | No. 2:12-cv-1578 WBS CKD P<br><br>FINDINGS AND RECOMMENDATIONS |

By an order filed December 26, 2013, plaintiff's in forma pauperis status was revoked pursuant to § 28 U.S.C. § 1915(g) and he was ordered to pay the $400 filing fee for this action within twenty-one days. Plaintiff was cautioned that failure to do so would result in a recommendation that this action be dismissed. The twenty-one day period has now expired, and plaintiff has not paid the filing fee.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings

////

////

1

1 and Recommendations." Plaintiff is advised that failure to file objections within the specified
2 time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153
3 (9th Cir. 1991).

4 Dated:  February 4, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / beny1578.fifp